JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
JOSE MALDONADO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

   Plaintiff,

 v.

RAUL BARRAGAN, et al.

   Defendants.

)
)
)
)
)
)
)
)
)
)

NO. CR-06-0734 VRW

~~[PROPOSED]~~ ORDER CONTINUING COURT DATE AND EXCLUDING TIME FROM FEBRUARY 5, 2007 TO MARCH 13, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION
[18 U.S.C. § 3161(h)(8)(A)(B)]

  Assistant United Attorney, Timothy J. Lucey, and defendants, Raul Barragan and Jose Maldonado, through counsel, Juliana Drous and Shawn Halbert hereby stipulate as follows:

  The court appearance now scheduled on Monday, February 5, 2007 at 10:30 a.m. before the Hon. Vaughn R. Walker, is continued to Tuesday, March 13, 2007, at 10:30 a.m.

  Time continues to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from February 5, 2007, to March 13, 2007. The parties agree, and the Court finds and holds, as follows:

  The ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. A continuance is necessary to allow continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1  DATED: January 23, 2007                              /s/
2                                                  JULIANA DROUS
                                                   Attorney for Defendant
                                                   JOSE MALDONADO
3
4  DATED: January 23, 2007                              /s/
                                                   SHAWN HALBERT
                                                   Attorney for Defendant
5                                                  RAUL BARRAGAN

6  DATED: January 23, 2007                              /s/
                                                   TIMOTHY J. LUCEY
7                                                  Asst. United States Attorney

8
9       IT IS SO ORDERED.
10
11  DATED: February 1, 2007

IT IS SO ORDERED
Judge Vaughn R Walker

28  STIPULATION AND ORDER - CONTINUANCE OF HEARING DATE