JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
JOSE MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAUL BARRAGAN, et al.<br><br>　　　　Defendants. | NO. CR-06-0734 VRW<br><br>[PROPOSED] ORDER CONTINUING COURT DATE AND EXCLUDING TIME FROM MARCH 13, 2007 TO MARCH 20, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION<br>[18 U.S.C. § 3161(h)(8)(A)(B)] |

　　　　Assistant United Attorney, Timothy J. Lucey, and defendants, Raul Barragan and Jose Maldonado, through counsel, Juliana Drous and Shawn Halbert hereby stipulate as follows:

　　　　The court appearance now scheduled on March 13, 2007 at 10:30 a.m. before the Hon. Vaughn R. Walker, is continued to join co-defendants on March 20, 2007, at 10:30 a.m.

　　　　Time continues to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from March 13, 2007, to March 20, 2007. The parties agree, and the Court finds and holds, as follows:

　　　　The ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. A continuance is necessary to allow continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: March 6, 2007　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　JULIANA DROUS
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　JOSE MALDONADO

1  DATED: March 6, 2007                      /s/
2                                            SHAWN HALBERT
                                             Attorney for Defendant
                                             RAUL BARRAGAN
3
   DATED: March 7, 2007                      /s/
4                                            TIMOTHY J. LUCEY
                                             Asst. United States Attorney
5

6
          IT IS SO ORDERED.
7
                                             GRANTED
8
   DATED:  March 12, 2007
9
                                             Judge Vaughn R Walker
10

11

12

...

28  STIPULATION AND ORDER - CONTINUANCE OF HEARING DATE